No. 87–201. MANSELL *v.* MANSELL. Ct. App. Cal., 5th App. Dist. [Probable jurisdiction noted, 487 U. S. 1217.] Motion of

American Retirees Association for leave to file a brief as *amicus curiae* denied. Motion of Retired Officers Association et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.